UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MELVIN NANCE                                                                                    PLAINTIFF

V.                                       No. 3:21-CV-103-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                       DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 1st day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE